UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT G. HARVEY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-6620 |
| LEXINGTON INSURANCE COMPANY, ET AL. | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court is the Motion to Remand (Rec. Doc. No. 3) filed by Robert G. Harvey, Sr. and W. Patrick Klotz, seeking remand of this matter to Civil District Court for the Parish of Orleans.

The Court finds that this case is sufficiently and substantially related to the bankrupt estate such that it should retain jurisdiction. Specifically, this case is "related to" the underlying bankruptcy proceeding in that the outcome of this case could have an effect on the estate being administered in bankruptcy. See *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987). First, Harvey and Klotz filed a Proof of Claim in the bankruptcy proceedings of Shannon Schweitzer (hereinafter, "the Debtor"), and in doing so, they submitted to the Bankruptcy Court's jurisdiction over their fee claim, which is the subject of the instant action. See *Langenkamp v. Culp*, 498 U.S. 42, 44, 111 S. Ct. 330, 331 (1990). Harvey and Klotz seek 40% of the entire Judgment awarded in favor of Shannon Schweitzer, Sandra Miller, and Stephen Schweitzer, which includes damages awarded to the Debtor. Because the outcome of the fee claim in the instant case could effect the obligations of the Debtor's

estate and the amount of debt to be administered, the cases are related.   Thus, this issue is clearly within the jurisdiction of this Court.  Accordingly,

**IT IS ORDERED** that the **Motion to Remand (Rec. Doc. 3)** should be and hereby is **DENIED**.

New Orleans, Louisiana, this 5th day of November, 2007.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**